No. 1229. FIGUEROA, DEMANDANTE Y APELADO, *v.* FERNANDEZ, DEMANDADO Y APELANTE.—Apelación procedente de la Corte de Distrito de Guayama en un caso de reivindicación y daños y perjuicios. Moción del apelado para que se desestime la apelación. Resuelto en noviembre 5, 1914. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil, enmendado por ley No. 70 de marzo 9, 1911. Abogados del apelado: *Sres. C. Domínguez Rubio* y *Francisco Navarro Ortiz.* Abogado del apelante: *Sr. Benigno Fernández García.*

---

No. 1187. ALFONZO, DEMANDANTE Y APELANTE, *v.* ROSSO, DEMANDADO Y APELADO.—Apelación procedente de la Corte de Distrito de Arecibo en un caso sobre restitución de bienes. Moción del apelado para que se desestime la apelación. Resuelto en noviembre 5, 1914. Denegada la moción por haber radicado su alegato el apelante antes de que se discutiera la moción del apelado y teniendo en cuenta la jurisprudencia sentada en el caso de *González* v. *Acha et al.,* 19 D. P. R., 1208. Abogado del apelante: *Sr. Rafael López Landrón.* Abogado del apelado: *Sr. Félix Santoni.*